1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   DANIEL L. BAXTER (SBN 203862)
2  ANTHONY R. EATON (SBN 238070)
   400 Capitol Mall, Twenty-Second Floor
3  Sacramento, CA  95814
   Telephone:    (916) 441-2430
4  Facsimile:    (916) 442-6664

5  Attorneys for Defendant
   SIERRA PACIFIC MORTGAGE COMPANY, INC., sued
6  and served herein as "Sierra Pacific Mortgage"

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

| 11 | ARTURO VERDUZCO, DELILA VERDIZCO, | Case No.  2:09-CV-02371-GEB-DAD |
|---|---|---|
| 12 | | **ORDER ON SIERRA PACIFIC MORTGAGE COMPANY, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | INDYMAC BANK HOME LOAN SERVICING; BANK OF AMERICA fka COUNTRYWIDE HOME LOAN; SIERRA PACIFIC MORTGAG, NDEX WEST, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC; WBJ, INC.; BRUCE ROLPH; DANIEL RUPP and DOES 1-20 inclusive, | **[Local Rule 6-144(c)]** |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

-1-

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT (Case No.  2:09-CV-02371-GEB-DAD)**

1    Upon reviewing and considering Defendant SIERRA PACIFIC MORTGAGE
2 COMPANY, INC.'s ex parte application for an extension of time to respond to Plaintiffs'
3 Complaint in this matter ("Application"), and good cause having been shown,
4    IT IS HEREBY ORDERED THAT Defendants' Application is hereby GRANTED.
5 Pursuant to this Order, Sierra Pacific shall have until October 13, 2009, inclusive, to file its
6 response to Plaintiffs' Complaint.

7 DATED: 9/24/09

GARLAND E. BURRELL, JR.
United States District Judge