1  **LAW OFFICE OF SHARON L. LAPIN**
   Sharon L. Lapin, California Bar No. 165919
2  110 Loch Lomond Drive, Suite 9b
   San Rafael, CA 94901
3  (415) 258-1651
   Email:       lapinlaw@juno.com
4
   Attorney for Plaintiffs
5  ARTURO VERDUZCO and DELILA VERDUZCO
6  **BRYAN CAVE LLP**
   James Goldberg, California Bar No. 107990
7  Thomas E. Nanney, California Bar No. 214342
   Two Embarcadero Center, Suite 1410
8  San Francisco, CA 94111-3907
   Telephone:     (415) 675-3400
9  Facsimile:     (415) 675-3434
   Email:       james.goldberg@bryancave.com
10              tom.nanney@bryancave.com
11 Attorneys for Defendants
   BANK OF AMERICA CORPORATION and MORTGAGE ELECTRONIC REGISTRATION
12 SYSTEMS, INC.
13
14            **UNITED STATES DISTRICT COURT**
15            **EASTERN DISTRICT OF CALIFORNIA**
16
17 ARTURO VERDUZCO, DEHILA            Case No. 2:09-CV-02371-GEB-DAD
   VERDUZCO
18                                    **STIPULATION AND ORDER TO**
              Plaintiffs,             **EXTEND TIME FOR BANK OF**
                                      **AMERICA CORPORATION AND**
19       v.                           **MORTGAGE ELECTRONIC**
                                      **REGISTRATION SYSTEMS, INC., TO**
20                                    **RESPOND TO COMPLAINT**
   INDYMAC BANK HOME LOAN
21 SERVICING, BANK OF AMERICA f/k/a   **[Local Rule 6-144]**
   COUNTRYWIDE HOME LOANS, SIERRA
22 PACIFIC MORTGAGE; NDEX WEST, LLC;
   MORTGAGE ELECTRONIC
23 REGISTRATION SYSTEM, INC., WBJ,
   INC.; BRUCE ROLPH; DANIEL RUPP; and
24 DOES 1-20 inclusive,
25            Defendants.
26
27
28

*Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907*

1

**STIPULATION**

2      This Stipulation is entered into by Plaintiffs ARTURO VERDUZCO and DELILA

3 VERDUZCO (collectively, "Plaintiffs") and Defendants BANK OF AMERICA CORPORATION

4 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively,

5 "Defendants").

6      WHEREAS, on August 25, 2009, Plaintiffs filed a Complaint in this Court;

7      WHEREAS, pursuant to Local Rule 6-144(a), on September 22, 2009, Plaintiffs and

8 Defendants agreed to a 30-day extension of time for Defendants to file their response to the

9 Complaint;

10      WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiffs

11 have granted Defendants an additional seven-day extension until October 28, 2009 to respond to the

12 Complaint, and the parties now seek this Court's approval;

13      NOW, THEREFORE, Plaintiffs and Defendants desire and hereby **STIPULATE** that

14 Defendants shall have until, and including, October 28, 2009 to respond to Plaintiffs' Complaint in

15 this matter.

16 **IT IS SO STIPULATED.**

17

18 Dated:  October 21, 2009          **LAW OFFICES OF SHARON L. LAPIN**
                                      Sharon L. Lapin
19
                                      By:  /s/ Sharon L. Lapin
20                                         Sharon L. Lapin
                                           Attorney for Plaintiffs
21                                     ARTURO VERDUZCO and
                                      DELILA VERDUZCO
22

23 Dated:  October 21, 2009          **BRYAN CAVE LLP**
                                      James Goldberg
24                                    Thomas E. Nanney

25                                    By:  /s/ James Goldberg
                                           James Goldberg
26                                         Attorneys for Defendants
                                      BANK OF AMERICA CORPORATION and
27                                    MORTGAGE ELECTRONIC REGISTRATION
                                      SYSTEMS, INC.
28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

STIPULATION TO EXTENSION OF TIME TO RESPOND

1

## **PROPOSED ORDER**

2

3       Having reviewed the Stipulation of Plaintiffs  ARTURO VERDUZCO and DELILA

4  VERDUZCO, and Defendants BANK OF AMERICA CORPORATION and MORTGAGE

   ELECTRONIC REGISTRATION SYSTEMS, INC., and good cause appearing, IT IS ORDERED
5
   THAT Defendants BANK OF AMERICA CORPORATION and MORTGAGE ELECTRONIC
6
   REGISTRATION SYSTEMS, INC. shall have until, and including, October 23, 2009 to respond
7
   to the Complaint in this matter.
8

9

10  Dated: 10/27/09

11                                                GARLAND E. BURRELL, JR.
                                                  United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

STIPULATION TO EXTENSION OF TIME TO RESPOND