IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARTURO VERDUZCO and DELILA VERDUZCO, ) ) ) | |
| Plaintiffs, ) ) | 2:09-cv-02371-GEB-DAD |
| v. ) ) | ORDER DISMISSING MOTIONS TO DISMISS AS MOOT |
| INDYMAC BANK HOME LOAN SERVICING, et al., ) ) ) | |
| Defendants. ) | |

On October 1, October 10, and October 23, 2009, Defendants Indymac Bank Home Loan Servicing and Mortgage Electronic Registration Systems, Inc., Sierra Pacific Mortgage, and WBJ, Inc. and Daniel Rupp each filed a motion to dismiss Plaintiffs' complaint, respectively. (Docket Nos. 10, 16, 19.)  On November 10, 2009, however, Plaintiff filed a First Amended Complaint , which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner and Co., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating an amended complaint supercedes the prior complaint).  Since the pending motions do not address the operative pleading, they are denied as moot.

Dated:  November 13, 2009

                                                    _____
                                                    GARLAND E. BURRELL, JR.
                                                    United States District Judge