IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTURO VERDUZCO and DELILA VERDUZCO, | ) ) ) | |
| Plaintiffs, | ) ) | 2:09-cv-02371-GEB-KJM |
| v. | ) ) | ORDER |
| INDYMAC MORTGAGE SERVICES, a division of ONE WEST BANK FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SIERRA PACIFIC MORTGAGE; WBJ, INC.; DANIEL RUPP, | ) ) ) ) ) ) | |
| Defendants.* | ) ) | |

Plaintiffs were provided notice under Rule 4(m) of the Federal Rules of Civil Procedure on May 13, 2010 that Defendants Willma E. Sparano; IndyMac Federal Bank, FSB; BAC Home Loan Servicing, LP, a Subsidiary of Bank of America, N.A.; U.S. Bank National Association; and NDEX West, LLC would be dismissed from this action for failure to serve process within Rule 4(m)'s 120-day service period unless Plaintiffs filed by May 22, 2010 either proof of service or an explanation showing good cause why these Defendants should not be dismissed. In addition, Plaintiffs were notified on May 13, 2010 that IndyMac Bank Home Loan Servicing could be dismissed as an erroneously sued party unless Plaintiffs explained in a filing by May 22, 2010 why

---

\*   The case caption has been changed to reflect the dismissals in this Order.

1

this Defendant should not be dismissed.  Plaintiffs have not responded to the May 13, 2010 notices.  Therefore, Defendants Willma E. Sparano; IndyMac Federal Bank, FSB; BAC Home Loan Servicing, LP, a Subsidiary of Bank of America, N.A.; U.S. Bank National Association; NDEX West, LLC; and IndyMac Home Loan Servicing are dismissed from this action.

Dated:  May 24, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge